UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EUGENE D. CHRISTENSEN, | CIV. NO. 12-2995 (SRN/JSM) |
| Plaintiff, | ORDER |
| v. | |
| PENNYMAC LOAN SERVICES, LLC, et.al. | |
| Defendant. | |

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 3, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

(1) Defendants' Amended Motion to Dismiss [Docket No. 5] is **GRANTED.**

(2) This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: December 19, 2013                    s/Susan Richard Nelson
                                            Susan Richard Nelson
                                            United States District Court